UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1·19·17

UNITED STATES OF AMERICA *et al. ex rel.*
MARC D. BAKER,

   Plaintiffs,

       v.

WALGREENS, INC.,

   Defendant.

12 Civ. 0300 (JPO)

---

UNITED STATES OF AMERICA,

   Plaintiff-Intervenor,

       v.

WALGREEN CO.,

   Defendant.

12 Civ. 0300 (JPO)

## ORDER

WHEREAS, by notice dated January 18, 2017, the United States of America has partially intervened in the above-captioned *qui tam* action as against defendant Walgreens, Inc. a/k/a Walgreen Co., pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4).

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to (1) this Order, (2) the partially redacted version of the United States' Notice of Election to Partially Intervene, (3) the United States' Complaint-In-Intervention, (4) the partially redacted version of the Stipulation and Order of Settlement and Dismissal between the United States, the relator and Walgreens, and (5) the Stipulation and Order of Settlement and Release between the United States and relator.

2.  All other documents in the Court's file in this action shall remain under seal and shall not be made public.

SO ORDERED:

Dated: New York, New York
       January 18, 2017

_____
UNITED STATES DISTRICT JUDGE