**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* MARC D. BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREENS, INC.,<br><br>Defendant. | 12 Civ. 0300 (JPO) |

**CONSENT JUDGMENT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>WALGREEN CO.,<br><br>Defendant. | 12 Civ. 0300 (JPO) |

Upon the consent of plaintiff the United States of America and defendant Walgreen Co. ("Walgreens") it is hereby

ORDERED, ADJUDGED and DECREED: that plaintiff the United States of America is awarded judgment in the amount of $46,205,108.53 as against Walgreens, as well as post-judgment interest at the rate of 12% per annum compounded daily.

Agreed to by:

**THE UNITED STATES OF AMERICA**

Dated:   New York, New York
         January 18, 2017

                         PREET BHARARA
                         United States Attorney for the
                         Southern District of New York

By:   /s/ Christopher B. Harwood
      CHRISTOPHER B. HARWOOD
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone: (212) 637-2728
      Facsimile: (212) 637-2786

      *Attorney for the United States of America*

**WALGREEN CO.**

Dated: January 17, 2017

NORTON ROSE FULBRIGHT US LLP

By: /s/ Rick Robinson
RICK ROBINSON
799 9th Street NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 662-4534
Facsimile: (202) 662-4643

*Attorneys for Walgreen Co.*

Dated: January 17, 2017

By: /s/ Elena Kraus
ELENA KRAUS
Senior Vice President and General Counsel
*Walgreen Co.*

SO ORDERED:

/s/ J. Paul Oetken
UNITED STATES DISTRICT JUDGE

Dated: Jan. 18, 2017